# WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

**Providing Exemplary Legal Service Since 1888**

| | | |
|---|---|---|
| **GREGORY M. NESPOLE**<br>DIRECT DIAL: 212-545-4657<br>FACSIMILE: 212-545-4653<br>GMN@whafh.com | 270 MADISON AVENUE<br>NEW YORK, NY 10016<br>212-545-4600 | SYMPHONY TOWERS<br>750 B STREET - SUITE 2770<br>SAN DIEGO, CA 92101<br>619-239-4599<br><br>WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC<br>70 W. MADISON ST., STE, 1400<br>CHICAGO, IL 60602<br>312-984-0000 |

August 21, 2018

**Via ECF**
Honorable Thérèse Wiley Dancks
United States Magistrate Judge
United States District Court
Northern District of New York
Federal Building and United States Courthouse
P.O. Box 7346
Syracuse, NY 13261-7346

Re: *Dixie, et al. v. Antonacci, et ano.,* No. 5:16-cv-1221 FJS-TWS (N.D.N.Y.)

Dear Judge Dancks:

Wolf Haldenstein Adler Freeman & Herz LLP and Devaprasad PLLC are counsel for Plaintiffs in the above-referenced action. Following on our letter of August 17, 2018, and the Court's text Order of August 21, 2018 (Dkt. 74), we write to confirm to the Court that we have found no additional communications between any Plaintiff and Sean Carroll, Justin Sayles, Linda Ervin, Archie Wixson, Bill Fisher, or Joanne Mahoney for which in camera review is needed.

Thank you.

Respectfully submitted,

/s/ Gregory M. Nespole
Gregory M. Nespole

cc: All Counsel of Record via ECF

800977