

211 West Jefferson Street
Syracuse, New York 13202
Phone: (315) 474-2943
Fax: (315) 474-0235
www.sugarmanlaw.com

December 31, 2018
(via CM/ECF system)

Hon. Thérèse Wiley Dancks
U.S. Magistrate Judge
Northern District of New York
Federal Building and U.S. Courthouse
PO Box 7346
Syracuse, NY  13261

          RE:    *Dixie, Smith & Talbert v. Antonacci, et al.*
                Case No.:  5:16-cv-01221 FJS-TWD
                Our File:  S10042

Dear Judge Dancks:

I am writing to you as an update and to comply with your request we report to you on the progress/status of the above-captioned matter.

First I want to apologize. When I requested a little more time I failed to take into account the Holiday season and that not only attorneys were  taking time off to spend with their families and to recharge, but also the clients were taking time off for the Holidays. This has made communication very difficult. Therefore, the deadline of December 31, 2018  I requested was a little too aggressive.

However, I am also pleased to advise you despite the above, that I have discussed the matter will all counsel and we have made significant progress.  The parties have all exchanged proposals and we are closer to a resolution than probably we ever have been.  The communication lines are open, as you have instructed the parties.

We would therefore ask that a new report date be set for January 8, 2019.  The parties upon returning to work are going to meet with their respective clients and then an attorney conference will be completed. We should know by this date whether the case can be resolved.

**SERVICE BY FAX NOT ACCEPTED**

December 31, 2018
Page Two

_____

I appreciate the Court's consideration in this matter.

                                                Respectfully,

                                                Paul V. Mullin
                                                Direct Dial:  315-362-8932
                                                pmullin@sugarmanlaw.com

PVM

cc:      All Counsel of Record