

211 West Jefferson Street, Suite 20
Syracuse, NY 13202-2680
Phone: (315) 474-2943
Fax: (315) 474-0235
www.sugarmanlaw.com

January 7, 2019
(via CM/ECF system)

Hon. Thérèse Wiley Dancks
U.S. Magistrate Judge
Northern District of New York
Federal Building and U.S. Courthouse
PO Box 7346
Syracuse, NY  13261

      RE:    Dixie, Smith & Talbert v. Antonacci, et al
               Case No.:  5:16-cv-01221 FJS-TWD
               Our File:  S10042

Dear Judge Dancks:

As per Text Order 89, this office was directed to report to your Honor regarding the scheduling of depositions/settlement on or before January 12, 2019.

On January 7, 2019, the parties conducted an in-person meeting and telephone conference to discuss outstanding issues. The plaintiffs desire to conduct non-party depositions of various witnesses prior to conducting the party depositions. The County of Onondaga and Mr. Antonacci disagree with this practice and in good faith could not resolve this disagreement. It was our understanding that the Court directed us to schedule the party depositions. The parties would like a conference with the Court to address this issue.

As I have also previously advised you in correspondence, the parties as an alternative, have been discussing settlement options. Significant progress has been made, but it is the opinion of the parties, we need assistance. As suggested by the Court, we could use one final meeting and take a shot at a global resolution of the matter. Once depositions begin, the likelihood of settlement, in this writer's opinion, will evaporate.

As such, the parties would request a conference to discuss the above issues as soon as possible.

Respectfully,

Paul V. Mullin
pmullin@sugarmanlaw.com
Direct Dial:  315-362-8932

PVM:mbk

cc:    All Counsel of Record

*Printed on 100% Recycled Paper*

SERVICE BY FAX NOT ACCEPTED